The People of the State of New York ex rel. The Flatbush Gas Company Respondent, v. Bird S. Coler, as President of the Borough of Brooklyn, and Others, Appellants.— Order affirmed, with costs, upon the opinion of Mr. Justice Crane. (Reported in, 54 Misc. Rep. 21.) Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York ex rel. Patrick Brophy, Respondent, v. William F. Baker and Others, as Municipal Civil Service Commissioners of the City of New York, Appellants.— Final order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., taking no part.

Rose Ruckert, Administratrix, etc., of Jacob Ruckert, Deceased, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor and Rich, JJ., concurred; Jenks, J., dissented.

Edward Seabrook, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

Bertha Bank, Appellant, v. The Supreme Tent of the Knights of Maccabees of the World, Respondent.— Order setting aside verdict and granting a new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Ellen Bauckham, Appellant, v. New York City Railway Company, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Simon Bender, Appellant, v. The John Kroder and Henry Reubel Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Eugene H. Boccieri, Respondent, v. The New York Contracting and Trucking Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

William Busby, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Ida E. Carr, Respondent, v. Mary Powell Steamboat Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Catharine Clough, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.